AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 18-cv-349 (CKK) |
| THE WHITE HOUSE OFFICE OF AMERICAN INNOVATION ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Democracy Forward Foundation and Food & Water Watch, Inc.

Date: 6/7/18

/s/ Nitin Shah
*Attorney's signature*

Nitin Shah, #156035
*Printed name and bar number*

1333 H Street, N.W.
Washington, DC 20005
*Address*

nshah@democracyforward.org
*E-mail address*

(202) 448-9090
*Telephone number*

*FAX number*